IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CRAIG W. CHURCHILL,

    Petitioner,

  v.

WARDEN, BELMONT
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:21-CV-00532
CHIEF JUDGE ALGENON L. MARBLEY
Magistrate Judge Chelsey M. Vascura

## ORDER

On May 11, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  (Doc. 8.)  Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (Doc. 8) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

The Petitioner has waived the right to file an appeal by failing to file objections.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

                                        ALGENON L. MARBLEY
                                        CHIEF UNITED STATES DISTRICT JUDGE

**DATED:  June 15, 2021**